# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

William Boyce Monk
Stockwell, Sievert
P. O. Box 2900
Lake Charles LA 70602

Linda Sarradet Akchin
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513


## REHEARING ACTION: December 19, 2012


**Docket Number: 12   00479-CA consolidated with 477-CA & 479-CA**

**CYNTHIA BRIDGES, SEC. DEPT. OF  REV., STATE OF LOUISIANA
VERSUS
NELSON INDUSTRIAL STEAM CO.**

**Appealed from Calcasieu Parish Case No. 2010-5853 C/W 2008-6375, C/W 2010-3564**


**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**
   **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the application for rehearing en banc filed by **Nelson Industrial**

**Steam Co.** have this day been

   **DENIED.**


cc: Russell Joseph Stutes  Jr., Counsel for the Appellee
    Cheryl Mollere Kornick, Amicus Counsel